**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LINDA F RIVERA,

Plaintiff(s),

v.

WAL-MART ASSOCIATES, INC; and DOES 1 through 10,

Defendant(s).

Case No. 4:26-cv-05649-KAW

**ORDER**

This matter came before the Court on Plaintiff LINDA F RIVERA ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC ("Defendant") (collectively "the Parties") Stipulation to Dismiss the above-captioned matter with prejudice. The Court, upon finding good cause after having reviewed the Stipulation entered into by the Parties and being fully informed in the premises, hereby ORDERS as follows:

ORDERED that the Joint Stipulation for Dismissal is, GRANTED. It is further

ORDERED that the Complaint in the above-captioned matter be, and the same hereby is, DISMISSED WITH PREJUDICE. It is further ORDERED that each party shall bear their own costs and attorneys' fees.

Dated this 27th day of August, 2026.

BY THE COURT:

Honorable United States Magistrate Judge